UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA             CRIMINAL ACTION NO. 17-00026

VERSUS                                CHIEF JUDGE HICKS

GRAHAM COOPER GYDE                    MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER ON COMPETENCY**

A competency hearing was held before Magistrate Judge Mark Hornsby on October 29, 2021. During the hearing the parties stipulated to a finding of competency based on the evaluation and report from BOP (Record Document 51), and they offered no other evidence or information.

A defendant is competent to stand trial if he has "sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding [and if] he has a rational as well as factual understanding of the proceedings against him." Austin v. Davis, 876 F.3d 757 (5th Cir. 2017). As explained in Record Document 51, Defendant has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding, and he has a rational as well as factual understanding of the proceedings against him. He understands the court proceedings, the charges against him, and the role of the court participants. He can assist his lawyer before and during trial.

Thus, based on a *de novo* review of the evaluation and report and considering the stipulations of the parties, the Court hereby adopts the Magistrate Judge's oral Report and Recommendation finding Defendant Graham Cooper Gyde competent.

Accordingly, the Court finds Defendant Graham Cooper Gyde is competent to stand trial.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 2nd day of November, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT